AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Nathaniel Gold,<br>*Plaintiff*<br>v.<br>South Carolina, The State of *in their official capacity*; Theodore Lupton *1st Judicial Cir Ass. Solicitor in their individual capacity*; Michell E. Farley *Attorney at Law in their individual capacity*; Breen R. Stevens *in their individual capacity*; Nicholas McCarley *2nd Judicial Public Defender in their individual capacity*,<br>*Defendants*. | )<br>)<br>)<br>)<br>) | Civil Action No.    5:18-cv-02996-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Nathaniel Gold, shall take nothing of the defendants, South Carolina, The State of *in their official capacity*; Theodore Lupton *1st Judicial Cir Ass. Solicitor in their individual capacity*; Michell E. Farley *Attorney at Law in their individual capacity*; Breen R. Stevens *in their individual capacity* and Nicholas McCarley *2nd Judicial Public Defender in their individual capacity*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, accepting with the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   October 20, 2021         *ROBIN L. BLUME, CLERK OF COURT*

                                                    s/L. Baker

                                        *Signature of Clerk or Deputy Clerk*